UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**ANGELETTA MAGGARD,**

    **Plaintiff,**

**V.**

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

**CIVIL ACTION NO. 7:23-72-KKC**

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) judgment is entered in favor of the plaintiff;

2) the decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and this matter is **REMANDED** to the Commissioner;

3) this matter is DISMISSED and STRICKEN from the Court's active docket; and

4) this judgment is FINAL and APPEALABLE.

This 31st day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY